**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:25-cv-00964-JRG-RSP |
| | § | |
| SUPERCELL OY, | § | |
| *Defendant*. | § | |

**ORDER ADOPTING**

Defendant previously filed a Motion to Dismiss (Dkt. No. 20.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 64), recommending denial of Defendant's Motion to Dismiss. Defendant has now filed Objections (Dkt. No. 66), with no response filed.

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendant's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to Dismiss (Dkt. No. 20) is **DENIED**.

**So ORDERED and SIGNED this 29th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE